No. 35,793

ROBERT M. BOONE, *Appellee*, v. THE EL DORADO REFINING COMPANY et al., *Appellants.*

No. 35,794

E. EMMET HOGAN, *Appellee*, v. THE EL DORADO REFINING COMPANY et al., *Appellants.*

No. 35,795

DANIEL H. POWERS, *Appellee*, v. THE EL DORADO REFINING COMPANY et al., *Appellants.*

No. 35,796

E. P. SHERIDAN, *Appellee*, v. THE EL DORADO REFINING COMPANY et al., *Appellants.*

No. 35,797

CLYDE GRIFFITH, *Appellee*, v. THE EL DORADO REFINING COMPANY et al., *Appellants.*

No. 35,798

HENRY H. BEAN, *Appellee*, v. THE EL DORADO REFINING COMPANY et al., *Appellants.*

No. 35,799

MIDWEST INVESTMENT CORPORATION, *Appellee*, v. THE EL DORADO REFINING COMPANY et al., *Appellants.*

No. 35,800

OTTO HIRSCH and IRVING HIRSCH, *Appellees*, v. THE EL DORADO REFINING COMPANY et al., *Appellants.*

(134 P. 2d 1106)

Opinion filed March 6, 1943.

*H. S. Roberts,* of Kansas City, and *H. C. Osborne,* of Wichita, argued the cause, and *Chas. G. Yankey, J. G. Sears, Jr., Verne M. Laing,* all of Wichita, *G. M. Cowgill* and *A. C. Popham,* both of Kansas City, Mo., were on the briefs for the appellants.

*James K. Cubbison,* of Kansas City, argued the cause, and *Blake A. Williamson, Lee Vaughan,* both of Kansas City, *Chester L. Smith* and *John W. Hudson,* both of Kansas City, Mo., were on the briefs for the appellees.

The opinion of the court was delivered by

THIELE, J.: The above-titled cases have been consolidated on appeal. Although this series of cases differs slightly therefrom, insofar as the rulings on the defendants' demurrers to the several amended petitions are concerned, the same questions are presented as are this day decided in *Starks Food Markets, Inc., v. El Dorado Refining Co. et al., ante,* p. 577, 134 P. 2d 1102. No further discussion is required.

The ruling of the trial court on the demurrers in the several cases is reversed.